**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:       In the Interest of K.L.W., A Child

Appellate case number:    01-18-00485-CV

Trial court case number:   2017-02559J

Trial court:                      314th District Court of Harris County

This Court's June 14, 2018 Order had granted the motion filed by appellant Brandy Brenay Charles's counsel, Donald M. Crane, for an extension of time to file her notice of appeal from the May 3, 2018 termination decree. In the related appeal, 01-18-00311-CV, this Court's July 6, 2018 Memorandum Order of Abatement had abated that case for the trial court to hold a hearing to determine whether to re-appoint Crane as counsel for Charles, who had substituted Juliane Crow as her counsel, and whether to appoint the same or different counsel for Ronald Dwayne Whitfield, the father of the child, K.L.W.

On July 19 and 20, 2018, the district clerk filed the clerk's and supplemental clerk's records in this termination case, which set an August 9, 2018 deadline for appellants' briefs. *See* TEX. R. APP. P. 38.6(a)(1). These records included the trial court's July 10, 2018 orders denying the motion for withdrawal of appellate counsel filed by Juliane Crow, who was appointed as the guardian ad litem for Charles that day, and the July 10, 2018 order appointing Valeria Brock as Whitfield's appellate counsel.

Accordingly, the Court **directs** the Clerk of this Court to remove Donald M. Crane as counsel for Charles, to add **Juliane Crow** as her counsel, and to add **Valeria Brock** as Whitfield's counsel. In addition, the Court **orders** Valeria Brock, **within 10 days of the date of this Order**, to file an amended notice of appeal for Whitfield to amend the pro se notice appeal that was prematurely filed on April 16, 2018. *See* TEX. R. APP. P. 25.1(g), 27.1(a), 27.2.

It is so ORDERED.

Judge's signature:    /s/ Laura C. Higley
                               ☑ Acting individually ☐ Acting for the Panel

Date: July 27, 2018